(April 19, 1937.)

IRVING NECHOLS, as Executor, etc., of PAULINE NECHOLS, Deceased, Suing as a Stockholder of the NEW YORK CENTRAL ELECTRIC CORPORATION, etc., Appellant, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent, Impleaded with Others.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

(April 23, 1937.)

CHARLES C. KERNER, Respondent, v. CONTINENTAL RUBBER WORKS, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

4 EAST 72ND STREET CORPORATION, Respondent, v. CATHLEEN V. LOWMAN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of WILLIAM A. LYONS, Respondent, for an Order of Mandamus against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Appellant.— Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE AMERICAN THREAD COMPANY, Respondent, v. ACME QUILTING CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER KLENAKIS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ESTHER NICOTIA, an Infant, by ROSE COHEN, Her Guardian ad Litem, ROSE COHEN and RAY MASTRO, Respondents, v. CLEVELAND CONTAINER COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

FREDERICK G. ROBERTS, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of DANIEL H. SANDFORD, Respondent, against JAMES E. FINEGAN and Others, as Municipal Civil Service Commissioners in and for the City of New York, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

PATRICK SMITH, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

LAWYERS TRUST COMPANY, as Trustee Under a Declaration of Trust for the Benefit of Certificate Holders in Series N-25 of the NEW YORK TITLE AND MORTGAGE COMPANY, Respondent, v. 488 EIGHTH AVENUE CORPORATION and Others, Defendants. Impleaded with JOSEPH GOLDING, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.